# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DANIEL J. COTTRELL,**

        **Plaintiff,**

**v.**                                                    **Case No.: 2:18-cv-69**
                                                              **JUDGE GEORGE C. SMITH**
                                                              **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on April 18, 2019. The Magistrate Judge recommended that Plaintiff's Statement of Errors be overruled and the decision of the Commissioner of Social Security be affirmed. (*See Report and Recommendation*, Doc. 13). This matter is now before the Court on Plaintiff's Objection to the Magistrate Judge's *Report and Recommendation*. (Doc. 14). Defendant has also filed a response. (Doc. 15). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff raises one main objection to the ALJ and Magistrate Judge's findings: that the ALJ failed to provide good reasons for according less than controlling weight to the opinions of Mr. Cottrell's treating physician, Dr. Bonasso. (*See generally*, Doc. 14). Defendant responds that Plaintiff's argument is not new, but just reiterating the same argument already made in his Statement of Errors. (Doc. 15). The Court agrees.

Plaintiff's objection presents the same issue already presented to, and carefully considered by, the Magistrate Judge in the *Report and Recommendation*. Plaintiff has not presented any new evidence or argument other than what was previously presented in his Statement of Errors. Plaintiff merely disagrees with the ALJ and Magistrate Judge's conclusions, specifically with respect to the weight the ALJ gave to the medical opinions of Dr. Bonasso. The Court agrees with the Magistrate Judge's and the ALJ's reasoned basis for the weight given to Dr. Bonasso's opinion.

The Court has carefully considered Plaintiff's objection, but finds that the decision of the ALJ was supported by substantial evidence as acknowledged in detail in the Magistrate Judge's *Report and Recommendation*. Therefore, for the reasons stated in the well-reasoned *Report and Recommendation*, this Court finds that Plaintiff's objection is without merit.

Based on the aforementioned and the detailed *Report and Recommendation*, the Court finds that Plaintiff's objection has been thoroughly considered and is hereby **OVERRULED**. Accordingly, the *Report and Recommendation,* Document 13, is **ADOPTED** and **AFFIRMED.** Plaintiff's Statement of Errors is hereby **OVERRULED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Documents 13 and 14 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

      **IT IS SO ORDERED.**

       */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**